IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY G. BAILEY                                                 PLAINTIFF

              v.                          CIVIL NO. 05-6076

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

## **J U D G M E N T**

Now on this 14th day of September 2006, comes on for consideration the Report and Recommendation dated August 28, 2006 (Doc. 12), by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

        IT IS SO ORDERED.

                                                    /S/JIMM LARRY HENDREN
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE